# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2015

### NO. 03-13-00300-CV

**Adrian Tijerina, Appellant**

**v.**

**Texas Property Casualty Insurance Guaranty Association as
Receiver for SIR Lloyd's Insurance Company and the
Texas Department of Insurance, Division of Workers' Compensation, Appellees**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on April 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.